**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| LORI CAMPBELL,<br><br>Plaintiff,<br>vs.<br><br>BOARD OF EDUCATION FOR EAST AURORA SCHOOL DISTRICT 131, *et al*.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-11342<br>Hon. Rebecca R. Pallmeyer |

**STIPULATION TO DISMISS CAUSE OF ACTION WITH PREJUDICE**

All matters in dispute between Plaintiff Lori Campbell and all Defendants, including Board of Education of East Aurora School District 131, and Board Member Defendants Annette Johnson, Judd Lofchie, Dan Barreiro, Juan Sifuentes, Jr., Alex Arroyo, Bruce Schubert and Saul Olivas, having been satisfactorily resolved, compromised and settled, with no admission of fault or liability:

1. It is stipulated and agreed between the above-referenced parties, by their respective attorneys, that the above-captioned cause of action shall be dismissed with prejudice in its entirety, including all claims against all Defendants in their official and individual capacities, without cost to any party, all costs having been satisfied.

2. It is further stipulated and agreed that an order pursuant to the foregoing stipulation may be entered of record without further notice to any party upon the presentation of this Stipulation.

3. It is further stipulated and agreed that said dismissal order shall serve as a bar to the bringing of any claim or action against any of the Defendants or any person or entity released by agreement, based on or including the claims asserted in the above-captioned cause of action, and/or any claims that could have been asserted.

Wherefore, the above-referenced parties request the Court to enter an order dismissing with prejudice the above-captioned cause of action.

/s/ T. Allon Renfro
T. Allon Renfro
Attorney for Plaintiff
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 222-8525
trenfro@smbtrials.com

/s/ Paulette A. Petretti
Paulette A. Petretti, Attorney for Defendant
Bd. of Educ. of East Aurora S.D. 131, and
Defendant Board Members Annette Johnson,
Judd Lofchie, Dan Barreiro, Juan Sifuentes, Jr.,
Alex Arroyo, Bruce Schubert and Saul Olivas
Himes, Petrarca & Fester, Chtd.
180 N. Stetson, Suite 3100, Chicago, IL 60601
ppetretti@edlawyer.com; (312) 320-8562